IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1717-JLK**

**EMC INSURANCE GROUP, INC., an Iowa corporation,**

        Plaintiff,

v.

**WESTERN SKYWAYS, INC., a Colorado corporation,**

        Defendant.

## ORDER OF TRANSFER

Kane, J.

In the interest of judicial economy, and with the consent of Senior Judge Babcock, this case is **TRANSFERRED** to Senior Judge Babcock as it is related to case no. **09-cv-1165-LTB**.

Dated:   July 22, 2009

                                               BY THE COURT:

                                               *s/John L. Kane*
                                               John L. Kane, Senior Judge
                                               United States District Court