IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  09-cv-01717-LTB-BNB

EMC INSURANCE GROUP, INC.,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant.

_____

ORDER
_____

The parties appeared this morning for a scheduling conference.  The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised scheduling order on or before **December 22, 2009**, modified as discussed at the scheduling conference this morning.

Dated December 17, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge