**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-01717-LTB

EMPLOYERS MUTUAL CASUALTY COMPANY,

       Plaintiff,

v.

WESTERN SKYWAYS, INC.,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


       Pursuant to Defendant's Response indicating no opposition to Plaintiff's Motion for Leave to Amend Complaint to Substitute Employers Mutual casualty Company as Plaintiff (Doc 28 - filed February 11, 2010), Plaintiff's Motion to Amend Complaint (Doc 25) is **GRANTED**. The name of Plaintiff is changed from EMC Insurance Group to Employers Mutual Casualty Company.


Dated:  February 12, 2010
_____