IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01717-LTB-BNB

EMPLOYERS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion of Defendant Western Skyways to Modify Scheduling Order** [docket no. 31, filed April 5, 2010] (the "Motion").

     IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to a renewed motion which addresses all remaining scheduling order deadlines, including the dispositive motion deadline.

DATED:  April 6, 2010