IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01717-LTB-BNB

EMPLOYERS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

WESTERN SKYWAYS, INC.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Amended Motion of Defendant Western Skyways to Modify Scheduling Order** [docket no. 34, filed April 8, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
　　The parties shall designate all experts and provide opposing
　　counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
　　on or before **June 4, 2010**;

　　The parties shall designate all rebuttal experts and provide
　　opposing counsel with all information specified in Fed. R. Civ. P.
　　26(a)(2) on or before **July 12, 2010**;

Discovery Cut-off:　　　　　　　　　　　　　　**August 5, 2010**;
Dispositive Deadline:　　　　　　　　　　　　**September 6, 2010**.

IT IS FURTHER ORDERED that the Settlement Conference set for May 25, 2010, is **vacated and reset to June 2, 2010, at 1:30 p.m.,** in Chambers A-442, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that the counsel **shall have parties present at the**

**Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved. This requirement is not satisfied by the presence of counsel only.

The Confidential Settlement Statements shall be submitted by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov., on or before **May 26, 2010**. **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.** Failure to submit Confidential Settlement Statements on time may result in the Settlement Conference being vacated.


DATED: April 12, 2010